IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSE ORTEGA,

    Petitioner,

v.                                                                    CV 15-0775 JH/CEG

STATE OF NEW MEXICO,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on January 26, 2016, (Doc. 9). In the PFRD, the Magistrate Judge found that Petitioner Jose Ortega had submitted a mixed petition as he had not exhausted all of his claims in state court. As a result, the Magistrate Judge recommended that Petitioner Ortega's *Petition for Writ of Habeas Corpus*, (Doc. 1), filed on September 1, 2015, be dismissed without prejudice. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 9 at 9). No objections have been filed and the deadline of February 12, 2016 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Petitioner Ortega's *Petition for Writ of Habeas Corpus*, (Doc. 1), be **DISMISSED WITHOUT PREJUDICE**.

                                                              THE HONORABLE JUDITH C. HERRERA
                                                              UNITED STATES DISTRICT JUDGE